Evelyn COULTER, Plaintiff—Appellant,

v.

UNITED STATES of America, Defendant—Appellee.

No. 03–1745.

United States Court of Appeals, Fourth Circuit.

Submitted March 8, 2004.

Decided March 22, 2004.

Ryan M. Mattson, Hale, Hassan, Carlson & Penn, PLC, Fairfax, Virginia, for Appellant. Paul J. McNulty, United States Attorney, Anita Claire Snyder, Assistant United States Attorney, Alexandria, Virginia, for Appellee.

Before WIDENER, NIEMEYER, and GREGORY, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM.

Evelyn Coulter appeals the district court's order dismissing her Federal Tort Claims Act action for lack of subject matter jurisdiction, Fed.R.Civ.P. 12(b)(1). We have reviewed the record and find no re-

versible error. Accordingly, we affirm for the reasons stated by the district court. *See Coulter v. United States,* No. CA–02–1645 (E.D.Va. Apr. 10, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*